Dear Court Clerk,


Enclosed are the Answer to Complaint, Affirmative Defenses and Exhibits related to 2:18-cv-00203-WHW-CLW; I believe that they need to be submitted to the Court Clerk (you); I read through the fee schedule but did not see anything saying if there is a fee to file an Answer; if there is please send me a bill to <u>christos.kambanis@gmail.com</u> and I send you a check.


Thank you.



Christos Kambanis