# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW
4 WALTER FORAN BLVD
SUITE 402
FLEMINGTON, NJ 08822

PATRICK J. CERILLO*, Esq.
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915
*pjcerillolaw@comcast.net*

January 21, 2019

William T. Walsh, Clerk of the Court (Via CM/ECF)
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Malibu Media LLC v. Christos Kambanis
            Case No. 2:18-cv-00203-WHW-CLW

Dear Mr. Walsh:

This firm represents the Plaintiff in the above-referenced matter.

Pursuant to L. Civ. R. 7.1(d)(5), please allow this letter to serve as a request for automatic extension of Defendant's Motion to Dismiss With Prejudice [Dkt. 26], presently returnable February 4, 2019.

The previously noticed motion day has not been previously extended or adjourned. In accordance with the court rules 7.1(d)(5), the new return date shall be February 19, 2019, Plaintiff's opposition shall be due on February 5, 2019, and defendant's reply, if any, shall be due on February 13, 2019.

                                      Respectfully Submitted,
                                      PATRICK J. CERILLO, LLC

                                  By:    /s/ Patrick J. Cerillo
                                                  Patrick J. Cerillo

Cc:    Christos Kambanis (christos.kambanis@gmail.com)

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
U.S.D.J.   1/22/2019

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.