Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## 1UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOS KAMBANIS,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00203-WHW-CLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC and Defendant Christos Kambanis, subscriber assigned IP address 69.117.41.213, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant, Christos Kambanis respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Patrick J. Cerillo* <br> Patrick J. Cerillo, Esq. <br> Patrick J. Cerillo, LLC <br> 4 Walter E. Foran Blvd., Suite 402 <br> Flemington, NJ 08822 <br> Tel: (908) 284-0997 <br> Email: pjcerillolaw@comcast.net <br> *Attorney for Plaintiff* | /s/ Christos Kambanis <br> Christos Kambanis <br> P.O. Box 74 <br> Closter, NJ 07624 <br> Tel: (201) 660-3638 <br> Christos.kambanis@gmail.com <br> *Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.